# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Robert M. Johnston, et al.,

Plaintiffs,

v.

Calton & Associates, Incorporated, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CV 14-00572-PHX-HRH

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 22, 2014, the arbitration award in favor of Defendants is confirmed. FINRA and appropriate CRD representatives shall expunge all references to FINRA Case No. 13-00950 from the CRD registration records and forms U-4 of defendants Dwayne Calton and Daryl Calton.

September 22nd 2014
Date

BRIAN D. KARTH
District Court Executive/Clerk

s/ Kathy Gerchar
(By) Kathy Gerchar, Deputy Clerk

cc: (all counsel)